FILED
November 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>v.                               )<br>                                 )<br>DANIEL ALAN HENDERSHOT,          )<br>a.k.a. Arnie Jay Figone,         )<br>         Defendant.              ) | Case No. Cr. S-07-0369 WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL ALAN HENDERSHOT a.k.a. Arnie Jay Figone</u>, Case No. <u>Cr. S-07-0369 WBS</u>, Charge <u>Title 18 USC § 1542</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ <u>25,000°°</u>

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other) <u>With Pretrial Services Supervision of Conditions of release.</u>

Issued at <u>Sacramento, CA</u> on <u>November 5, 2007</u> at <u>3:00 p.m.</u>

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge