```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DANIEL ALLAN HENDERSHOT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>DANIEL ALLAN HENDERSHOT,      )<br>                              )<br>            Defendant.        )<br>_____)  | No. Cr. S 07-0369 WBS<br><br>DEFENDANT'S UNOPPOSED MOTION TO<br>MODIFY CONDITIONS OF SUPERVISED<br>RELEASE; ORDER<br><br><br><br>Time:  8:30 am.<br>Judge: Hon. William B. Shubb |

On December 17, 2007 the defendant, Daniel Hendershot, was sentenced to time served and placed on Supervised Release. The conditions of supervised released were discussed at the hearing and read into the record by the Court. A written judgment issued on December 28, 2007.

This motion concerns the defendant's travel condition. According to the judgment, on page 3, the first of the standard conditions, Mr.

Hendershot "shall not leave the judicial district without permission of the court or probation officer". At the time of his sentencing Mr. Hendershot was out-of-custody and living in Las Vegas, Nevada.[1] The defense explained that his employment, delivering magazines such as "Auto Trader", required him to travel regularly around Nevada and into Utah. Taking that into consideration, the Court, at sentencing, ordered his travel restricted to this district, Nevada and Utah.[2] Counsel has not received the transcript of the sentencing hearing, nor has counsel received a corrected copy of the presentence report, but the attached minute order reflects that the Court ordered such a expanded travel restriction. The government's attorney, Mr. Kyle Reardon, has conferred with counsel undersigned and indicated that this is his recollection as well.

    Rule 35 of the Federal Rules of Criminal Procedure states that a Court "may" correct a sentence resulting from error within seven (7) days after sentencing. That time period has passed. In this case, however, the error relates to the conditions of supervision which, pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, may be modified at any time. Rule 32.1(c)(2), states that a hearing to modify the conditions of release is not necessary where such a hearing is waived or where the relief sought is favorable to the person and does not extend the term of supervised release. Mr. Hendershot is willing to waive his right to a hearing on this matter and, in any case, the relief sought here is favorable to him and does not extend

---

[1] Mr. Hendershot is currently being supervised by the USPO in Las Vegas, Nevada.

[2] In addition to this item, there were other corrections to the presentence report ordered by the Court. Counsel has not received a corrected version of the presentence report and is thus unable to provide a copy to the Court.

Motion to Modify Conditions        -2-

his term of supervised release.

For all of these reasons, the defendant requests that the Court order a modification of the conditions of supervision.  The government does not oppose this request.

Dated:   February 11, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        DANIEL ALLAN HENDERSHOT

**O R D E R**

**IT IS SO ORDERED**.  Pursuant to Rule 32.1(c)(2) of the Federal Rules of Criminal Procedure, the defendant's conditions of supervision ordered on December 17, 2007 are hereby modified.  The first standard condition should now be:

1)  The defendant shall not leave the judicial district, the State of Nevada or the State of Utah without the permission of the court or probation officer;

All other terms and conditions of supervised release are to remain the same.

Dated:   February 15, 2008

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Motion to Modify Conditions          -3-