LAWRENCE G. BROWN
Acting United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. S 07-369 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) RE: MOTION FOR RELIEF |
| v. | ) |
| | ) |
| DANIEL ALLAN HENDERSHOT, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**STIPULATION**

Defendant previously filed a motion for miscellaneous relief requesting early termination of his supervised relief.  The prosecutor assigned to this matter, AUSA Kyle Reardon, is out of the country and is scheduled to return at the beginning of August 2009.  As a result, the parties agree that the government may file an opposition to the pending motion no later than 10 August 2009 and defendant may file an optional reply no later than 17 August 2009.

IT IS SO STIPULATED.

///

///

1

1  DATED: July 29, 2009                    Respectfully Submitted,

2                                          LAWRENCE G. BROWN
                                           Acting United States Attorney
3

4

5                                     By:  /s/ Tice-Raskin
                                           S. ROBERT TICE-RASKIN
6                                          Assistant U.S. Attorney

7

8

9  DATED: July 29, 2009              By:  /s/ Tice-Raskin for
                                           LINDA C. HARTER
10                                         Attorney for the Defendant

11                                   **ORDER**

12      For the reasons stated above by the parties, the government

13 may file an opposition to the pending motion no later than August

14 10, 2009 and defendant may file an optional reply no later than

15 August 17, 2009.

16 IT IS SO ORDERED

17  DATED:  July 29, 2009

18                        _____
19                        WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

2