```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ALLAN HENDERSHOT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL ALLAN HENDERSHOT,<br><br>　　　　　Defendant.<br>_____ | No. Cr. S 07-369 WBS<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO TERMINATE SUPERVISION PURSUANT TO 18 USC § 3583(E)(1); PROPOSED ORDER<br><br>Judge: Hon. William B. Shubb |

**TO: LARRY G. BROWN, ACTING UNITED STATES ATTORNEY AND KYLE REARDON, ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR THE PLAINTIFF:**

**PLEASE TAKE NOTICE** that the defendant, Daniel Allan Hendershot, through undersigned counsel, hereby moves the Court to terminate supervision pursuant to 18 U.S.C. § 3583(e)(1).

I.　Facts

　　Mr. Hendershot was arrested and charged with making a false statement in a passport application. He pled guilty and was sentenced on December 17, 2007 to 2 months in custody and 36 months of supervised released. The parties were in agreement about this sentence which was roughly equal to the time Mr. Hendershot had already served.

　　At the time Mr. Hendershot was sentenced he was living in Las

Vegas, Nevada and working as a delivery person for various free magazines such as "Auto Trader". His routes included Nevada and parts of Utah. Mr. Hendershot's supervision was transferred to the Las Vegas U.S. Probation Office and he has been supervised by Ms. Corniel from that office.[1]

Earlier this year, because of the economic climate, the company Mr. Hendershot contracts with terminated roughly two-thirds of his contracts. This represented a significant loss of income to Mr. Hendershot. In an attempt to save money and not become homeless, Mr. Hendershot moved from his house to an RV on a nearby lot. He has been trying to secure additional delivery contracts but has been largely unsuccessful as many of these magazines are no longer delivered or accessed online. Just last week Mr. Hendershot received an email from the circulation manager of "The Employment Guide" letting him know that they will soon receive a 30 day notice canceling that delivery contract. (A copy of this email has been forwarded to the government.) This is Mr. Hendershot's last remaining delivery contract. While there are many jobs available at gaming establishments in Las Vegas, his record would prevent him from working at most of those.

Mr. Hendershot is considering moving to Ohio, where he has family, and trying to locate employment there. He would like to be terminated from supervision so that he would have the freedom to relocate to find a stable home and employment opportunities. It is unlikely that he would be approved to relocate while under supervision without a job arranged before he goes. He does not have the funds to fly back and forth.

---

[1] The phone number for the Las Vegas Probation Office is 702-388-6693.

Motion to Terminate                    -2-

1    Mr. Hendershot has been on either pretrial or supervised release
2 for over 20 months.[2]  His term of supervision would naturally end at
3 the end of next year.  He owes no fines, restitution or special
4 assessments.  He has had no violations.  The last home visit conducted
5 by probation was in May after he relocated to the RV.  He sends in
6 monthly reports and has occasional phone contact with his probation
7 officer.

II.  Law

   18 U.S.C. § 3583(e)(1) states that the Court may terminate
supervision at any time after one year if the Court is "satisfied that
such action is warranted by the conduct of the defendant" and if such
action is in the interests of justice.

   In this case, Mr. Hendershot's conduct while under supervision has
been exemplary.  He has had no violations nor has he had any problems
following his conditions.  He has maintained a job and is struggling to
maintain his home.  His conditions are not difficult, and were in not
for the economic bind he finds himself in, he would have no reason to
ask for early termination.  The fact is, however, he is now earning
about $180.00 per week on his delivery contracts.  (He has lost
contracts that had been earning him over $400 per week.)  He is barely
able to pay his bills and should he incur any unexpected expense (such
as a problem with his car) he would not be able to deal with it.[3]  He
may soon be without any income whatsoever if his last contract is
cancelled.  He would like to be terminated from probation so that he

---

[2] He has been on supervised release for just over 19 months and was on pretrial release for 33 days.

[3] His total monthly income over recent months has been:  October, 2008, $5,362-; November, $3,825-; December, $3,279;...April, 2009, $2,504-; May, $2,476; and June, 2009, $1,520-.

Motion to Terminate                -3-

1  would have the freedom to move to the midwest where he has family
2  support and look for employment there.
3       For all of these reasons, the defendant, Daniel Allan Hendershot,
4  respectfully requests that the Court terminate his supervision.
5  Dated:  July 22, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ *Linda C. Harter*
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DANIEL ALLAN HENDERSHOT

**O R D E R**

Upon consideration of the above motion, the Government's opposition to the motion filed August 8, 2009, and defendant's reply thereto, defendant's motion for early termination of the term of his supervised release pursuant to 18 U.S.C. § 3583(e) is hereby DENIED.

Dated: August 21, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE